UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CANDELARIA C. JOSE, et al., | No. 2:25-cv-08971-CV (JDE) |
| Plaintiffs, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| CHARLEX VENTURES LLC,, et al., | |
| Defendants. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Candelaria C. Jose ("Ms. Jose") and ostensibly on behalf of Maria Iluminada Trinidad ("Ms. Trinidad"), and a minor ("A.F.") (collectively, "Plaintiffs"), this Court's Order Denying Emergency Motion (Dkt. 6), the Order re Complaint issued by the assigned magistrate judge (Dkt. 7), the Report and Recommendation of the magistrate judge (Dkt. 10, "Report"), and the Objection to the Report filed by Ms. Trinidad. The Court has engaged in a <u>de novo</u> review of the portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

    Therefore, IT IS HEREBY ORDERED that: (1) Plaintiffs' IFP Requests (Dkt. 4, 15) are DENIED; and (2) Judgment be entered dismissing this action

with prejudice as to all federal claims asserted by Plaintiffs Candelaria C. Jose and Maria Iluminada Trinida and without prejudice as to all claims asserted by minor Plaintiff A.F. as such she lacks capacity to sue, and without prejudice as to all state law claims.

Dated: 11/24/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
United States District Judge