JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CANDELARIA C. JOSE, et al., | No. 2:25-cv-08971-CV (JDE) |
| Plaintiffs, | JUDGMENT |
| v. | |
| CHARLEX VENTURES LLC,, et al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all federal law claims asserted in this action by Plaintiffs Candelaria C. Jose and Maria Iluminada Trinida are dismissed with prejudice, and all other claims are dismissed without prejudice.

Dated: 11/24/25

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
United States District Judge